UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

SCOTT LITTLEPAGE

v.

ABC MARINE, LLC

CIVIL ACTION

NUMBER: 08-242-JJB-DLD

ORDER

IT IS ORDERED that Jeffrey Mandel shall **SHOW CAUSE IN WRITING** within 10 days, why he/she should not be held in contempt of court or other appropriate sanctions imposed for failure to pay the triennial fee.

In November, 2008 notices were e-mailed to all attorneys in this District. Jeffrey Mandel failed to pay the triennial fee, but continued to file documents with the court in the above captioned matter

Pursuant to Local Rule 83.2.3.1M, effective January 31, 2003, in addition to the fee paid upon admission to the bar, every attorney admitted shall pay to the clerk of court an annual fee an amount to be determined by the court. Such fee shall be due and payable triennially.

Baton Rouge, Louisiana, May _11_, 2009

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA