UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT LITTLEPAGE | CIVIL ACTION NUMBER: 3:08-CV-00242 |
| VERSUS | |
| | JUDGE JAMES J. BRADY |
| ABC MARINE, LLC AND ARCHER WESTERN CONTRACTORS, INC. | MAGISTRATE JUDGE DOCIA L. DALBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion to Substitute Lead Attorney and Enroll Additional Counsel of Record filed by Plaintiff;

**IT IS HEREBY ORDERED** that John W. deGravelles is designated as Lead Attorney in place of J. Neale deGravelles and Randolph W. Hunter is enrolled as additional counsel of record for plaintiff.

Signed in Baton Rouge, Louisiana, on May 13, 2009.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**