UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| SCOTT LITTLEPAGE | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | |
| | * | NO.: 3:08-cv-00242-JJB-DLD |
| ABC MARINE, LLC; AND | * | |
| ARCHER WESTERN CONTRACTORS, LTD. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

Upon consideration of the Motion filed on behalf of Fort Calumet Company seeking authority to file an amended answer, and upon noting that neither Plaintiff nor co-Defendant have any objection to the Motion, and there being no just reason to deny the Motion,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant, Fort Calumet Company, be, and hereby is, authorized and directed to file its amended answer, and serve the same on Plaintiff and co-Defendant.

Signed in Baton Rouge, Louisiana, on June 2, 2009.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**