UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| SCOTT LITTLEPAGE | * | NO.: 3:08-cv-00242-JJB-DLD |
|---|---|---|
| VERSUS | * | |
| ABC MARINE, LLC; AND FORT CALUMET COMPANY | * | |
| | * | **JURY TRIAL DEMANDED** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED ANSWER TO SEAMAN'S COMPLAINT AND CROSS-CLAIM

Defendant, Fort Calumet Company ("FCC"), answers Seaman's Complaint (the "Complaint"), filed against it by Scott Littlepage ("Plaintiff"), as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

In response to the specific allegations of the Complaint, FCC avers:

1.

Articles I, II, and III do not appear to require an answer on the part of FCC. If such answer is deemed necessary, the allegations are denied, as written, for lack of sufficient information upon which to justify a belief.



2.

In response to Article IV of the Complaint, FCC admits only its status as an Illinois company. All other allegations in Article IV are denied, as written, for lack of sufficient information upon which to justify a belief.

3.

Articles V, VII, VIII, IX, X, XI, XII, XIV, and XV of the Complaint are denied, as written, for lack of sufficient information upon which to justify a belief.

4.

Articles IV, VI, XIII, and the Prayer are denied, as written.

5.

Any allegation in the Complaint, which is not otherwise responded to above, is hereby denied, as written, for lack of sufficient information upon which to justify a belief.

AND NOW, further answering Plaintiff's Complaint, FCC avers:

THIRD DEFENSE

The damages of which Plaintiff complains were caused by the fault or negligence of a party or parties for whom FCC has no legal responsibility, including, but not limited to, the following persons and entities in the following, non-exclusive particulars:

*Scott Littlepage:*

    A.    Failing to keep a proper look out;

    B.    Failing to observe that which a reasonable person would have observed in the normal course of his activity; and

    C.    Failing to take reasonable precautions to protect his own safety.

*ABC Marine, LLC:*

    A.    Allowing an employee to operate a crane/derrick in a reckless manner;

B.  Failing to train and/or otherwise supervise an employee in proper crane/derrick use;

C.  Negligent hiring of Scott Littlepage;

D.  Negligent retention of Scott Littlepage; and

E.  Negligent entrustment of Scott Littlepage with its crane/derrick.

## FOURTH DEFENSE

In the alternative, and solely in the event that FCC is found to have responsibility for the damages claimed herein, which is denied, FCC pleads the fault of Scott Littlepage and ABC marine, LLC, which fault is identified above, as a complete bar to Plaintiff's claims herein, or, alternatively, as serving to diminish Plaintiff's claims herein in proportion to that fault.

## FIFTH DEFENSE

FCC affirmatively alleges that any damages or injuries sustained by the Plaintiff, which damages are specifically denied, were the result of intervening or superseding causes for which FCC is not responsible.

## SIXTH DEFENSE

FCC affirmatively alleges that any damages or injuries sustained by Plaintiff were caused or contributed to by the actions or inactions of persons, firms, entities, state actors, and/or corporations for whom FCC has no responsibility and/or legal liability.

## SEVENTH DEFENSE

FCC affirmatively alleges that Plaintiff's injuries and/or damages were the result of his own willful, gross negligence, and/or contributory negligence, and/or assumption of risk.

## EIGHT DEFENSE

FCC affirmatively alleges it can limit its liability pursuant to the Limitation of Liability Act, 46 U.S.C. §3053, *et seq.*

-3-
Case 3:08-cv-00242-JJB-DLD   Document 42   06/02/2009   Page 3 of 7

NINTH DEFENSE

FCC affirmatively alleges that Plaintiff is not a Jones Act seaman.

TENTH DEFENSE

FCC is entitled to, and specifically requests, a trial by jury of all issues of fact.

**CROSS-CLAIM**

Assuming the position of cross-claimant, FCC avers against co-defendant, ABC Marine, LLC ("ABC"), as follows:

1.

Fort Calumet Company is an Illinois corporation, with a principal place of business in Illinois.

2.

ABC is a Louisiana limited liability company, with a principal place of business in Louisiana.

3.

It appears that more than Seventy-Five Thousand and 00/100 ($75,000.00) Dollars is at issue in this case, exclusive of interest and costs, giving rise to either diversity jurisdiction, and/or the admiralty jurisdiction of this Court, pursuant to 46 U.S.C. §688 and/or 28 U.S.C. §1333(1).

4.

ABC is subject to the personal jurisdiction of this Court, as a Louisiana limited liability company.

5.

This Cross-Claim is brought pursuant to Federal Rule of Civil Procedure 13(g) on the ground that this cross-claim arises out of the property that is the subject matter of the original action, and on the basis that ABC is liable to FCC for the claim asserted by Plaintiff against FCC.

6.

In or about May 2007, FCC and ABC entered into an equipment lease.

7.

The equipment lease included the ringer and barge at issue in the claim made by Plaintiff, Scott Littlepage.

8.

As part of the equipment lease, ABC was to purchase insurance for FCC covering it for liability claims, including claims such as the one brought by Plaintiff, Scott Littlepage, against FCC.

9.

The equipment lease also included an indemnity obligation whereby ABC is to indemnify, protect, and defend FCC for claims made against FCC, in connection with the equipment, including tort claims, even if based on lessor's alleged negligence or otherwise.

10.

ABC has not yet provided a defense for FCC, nor has ABC indicated that it intends to indemnify FCC in this case.

11.

To the extent FCC may be, or become, obligated to Plaintiff, Scott Littlepage, any and all such obligation must be borne by ABC pursuant to the equipment lease.

12.

To the extent ABC fails to acknowledge its indemnity obligation to FCC, and/or if it failed to purchase appropriate insurance for FCC, or let such insurance lapse, it has breached its agreement with FCC.

13.

FCC demands a trial by jury of all issues of fact on this Cross-Claim.

WHEREFORE, Defendant, Fort Calumet Company, prays that this Answer to Seaman's Complaint and Cross-Claim be deemed good and sufficient, and that, after due proceedings are had, there be judgment herein in its favor and against Plaintiff, Scott Littlepage, dismissing all of Plaintiff's claims, at Plaintiff's costs, or alternatively, that there be judgment herein in its favor against co-defendant, ABC Marine, LLC, entitling Fort Calumet Company to defense and indemnity from ABC Marine, LLC, for a trial by jury on all issues of fact, and for such full, general, and equitable relief as the nature of the case may permit.

**THE AUBERT LAW FIRM**


BY:_____
CHRISTOPHER J. AUBERT, T.A.
Louisiana State Bar Association Number 14057
DAVID M. GOLD
Louisiana State Bar Association Number 24720
506 East Rutland Street
Covington, Louisiana 70433
Telephone: (985) 809-2000
Facsimile: (985) 809-2001
ATTORNEYS FOR FORT CALUMET COMPANY

## CERTIFICATE OF SERVICE

I certify that this Amended Answer to Seaman's Complaint and Cross-Claim was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the following counsel, by operation of the Court's electronic filing system, on this _____ day of _____ 2009:

> John W. deGravelles, Esquire
> Randolph W. Hunter, Esquire
> J. Neale deGravelles, Esquire
> DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGÉ, L.L.P.
> E-mail: jdegravelles@dphf-law.com
> rhunter@dphf-law.com
> ndegravelles@dphf-law.com
>
> -and-
>
> Neil B. Sweeney, Esquire
> Steven K. Schilling, Esquire
> SWEENEY LAW FIRM
> E-mail: nds@sweeneylawfirm.com
> sks@sweeneylawfirm.com
> ATTORNEYS FOR PLAINTIFFS
>
> Jeffrey I. Mandel, Esquire
> JUGE, NAPOLITANO, GUILBEAU, RULI, FRIEMAN & WHITELEY
> E-mail: jmandel@wcdefense.com
> ATTORNEY FOR DEFENDANT, ABC MARINE, LLC
>
> Maureen O. Sullivan, Esquire
> Sarah R. Smith, Esquire
> LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
> E-mail: msullivan@lbbslaw.com
> srsmith@lbbslaw.com
> ATTORNEYS FOR DEFENDANT-IN-CROSS-CLAIM, ABC MARINE, LLC

_____
DAVID M. GOLD

-7-

Case 3:08-cv-00242-JJB-DLD   Document 42   06/02/2009   Page 7 of 7