# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT LITTLEPAGE | CIVIL ACTION NUMBER: 3:08-CV-00242 |
| VERSUS | |
| | JUDGE JAMES J. BRADY |
| ABC MARINE, LLC AND ARCHER WESTERN CONTRACTORS, INC. | MAGISTRATE JUDGE DOCIA L. DALBY |

*********************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Extend Deadline to Amend the Complaint or Add New Parties, Claims, Counterclaims, or Cross-claims filed by Plaintiff;

**IT IS ORDERED** that the deadline to amend the complaint or add new parties, claims, counterclaims, or cross-claims is hereby extended from June 30, 2009 until July 15, 2009.

Signed in Baton Rouge, Louisiana, on July 1, 2009.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**