**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**SCOTT LITTLEPAGE**                              **CIVIL ACTION NUMBER: 3:08-CV-00242**

**VERSUS**

**ABC MARINE, LLC AND ARCHER**          **JUDGE JAMES J. BRADY**
**WESTERN CONTRACTORS, INC.**
                                                         **MAGISTRATE JUDGE DOCIA L. DALBY**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Unopposed Motion to File Second Supplemental and Amended

Complaint filed by Plaintiff;

**IT IS ORDERED** that Plaintiff is allowed to file the Second Supplemental and Amended

Complaint as prayed for.

Baton Rouge, Louisiana, this _____16th_____ day of _____July_____, 2009.

_____

m JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Case 3:08-cv-00242-JJB-DLD     Document 47     07/17/2009     Page 1 of 1