UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SCOTT LITTLEPAGE | CIVIL ACTION

VERSUS | NUMBER 08-242-JJB-DLD

ABC MARINE, LLC, ET AL

### ORDER

Counsel for plaintiff has reported to the court that he has received answers to discovery from defendant, ABC Marine, L.L.C., and he has requested that the motion to compel (rec. doc. 45) be canceled. Therefore,

**IT IS ORDERED** that the motion to compel (rec. doc. 45) is **DISMISSED AS MOOT**.

Signed in Baton Rouge, Louisiana, on July 23, 2009.

MAGISTRATE JUDGE DOCIA L. DALBY