UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| SCOTT LITTLEPAGE | * | CIVIL ACTION NO.: 08-242 |
|---|---|---|
| VERSUS | * | |
| ABC MARINE, LLC, ET AL | * | |

* * * * * * * * * * * * * * * * * * *

## ANSWER OF ABC MARINE, LLC TO SECOND SUPPLEMENTAL AND AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes ABC Marine, LLC, made defendant herein, which in response to the Second Supplemental and Amended Complaint filed in this action, respectfully avers as follows:

### FIRST DEFENSE

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendant avers that plaintiff's Seaman Complaint and all supplemental and amending complaints must be dismissed on the grounds that they fail to state a claim for which relief may be granted.

### SECOND DEFENSE

ABC Marine, LLC hereby incorporates its original Answer and all affirmative defenses contained therein as is set forth herein in their entirety.

### THIRD DEFENSE

**AND NOW**, in response to the specific allegations in the Second Supplemental and Amended Complaint:

I.

The allegations contained in Paragraphs 1 and 2 of the Second Supplemental and Amended Complaint merely contain legal conclusions and, as such, no answer is required of this defendant.

II.

The allegations contained in Paragraphs 3, 16, 17, and 18 of the Second Supplemental and Amended Complaint do not require an answer of this defendant.

III.

The allegations contained in Paragraphs 4, 5, and 8 of the Second Supplemental and Amended Complaint are denied for lack of sufficient information to justify a belief therein.

IV.

The allegations contained in Paragraphs 6 and 7 of the Second Supplemental and Amended Complaint merely contain legal conclusions and, accordingly, no answer is required of this defendant. However, to the extent that an answer is deemed necessary, defendant denies same.

V.

The allegations contained in Paragraphs 9, 10, 11, 12, 13, 14, 15, 19, 20, and 21 of the Second Supplemental and Amended Complaint are denied.

VI.

The prayer for relief does not require an answer of this defendant; however, to the extent that an answer is deemed necessary, defendant denies same.

## FOURTH DEFENSE

As an affirmative defense, defendant avers that plaintiff has failed to mitigate his damages.

## FIFTH DEFENSE

As an affirmative defense, defendant avers that plaintiff's accident and/or injuries, if any, were caused or contributed to by his own fault and negligence in the particulars of which will be shown in the trial of this cause, which negligence is pled in bar to or diminution of any recovery herein.

## SIXTH DEFENSE

As an affirmative defense, defendant avers that plaintiff's injuries, if any, were the result of an unavoidable accident for which this defendant is not and cannot be held legally responsible.

## SEVENTH DEFENSE

As an affirmative defense, defendant avers that plaintiff's accident and injuries, if any, were caused and/or contributed to by the fault, neglect, and /or want of care of others for whom this defendant is not legally responsible, which fault, neglect, and/or want of care is specially pled in bar, diminution, or mitigation of any recovery herein by plaintiff.

## EIGHTH DEFENSE

As an affirmative defense, defendant avers that plaintiff's accident and injuries, if any, were the result of hazards and risks incident to his employment, which risks and/or hazards were voluntarily undertaken and assumed by plaintiff.

### NINTH DEFENSE

As an affirmative defense, defendant avers that plaintiff's sole and exclusive remedy is that provided under the applicable workers' compensation law, which covers the claim by plaintiff against this defendant.

### TENTH DEFENSE

As an affirmative defense, defendant avers entitlement to a set off or credit against any recovery by plaintiff against this defendant in the amount of all sums that may be paid to or on behalf of plaintiff under any workers' compensation law.

### ELEVENTH DEFENSE

As an affirmative defense, defendant avers that plaintiff is not a Jones Act seaman.

### TWELFTH DEFENSE

As an affirmative defense, defendant avers that plaintiff voluntarily terminated his employment several months after this alleged incident and, accordingly, he is not entitled to maintenance benefits.

**WHEREFORE**, defendant, ABC Marine, LLC, prays that this Answer be deemed good and sufficient, and that after due proceedings had, there be judgment in its favor, dismissing the Seaman's Complaint at plaintiff's cost, and for all general and equitable relief.

Respectfully submitted,

JUGE, NAPOLITANO, GUILBEAU, RULI,
FRIEMAN & WHITELEY

BY: _____
JEFFREY I. MANDEL -- 20935
3320 West Esplanade Avenue North
Metairie, Louisiana 70002
Telephone: (504) 831-7270
Facsimile: (504) 831-7284
Attorneys for Defendant, ABC Marine, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on _August 28, 2009_, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John W. deGravelles, Esq.
David Gold, Esq.
Maureen O'Connor Sullivan, Esq.

_____
JEFFREY I. MANDEL, T.A., #20935

5

Case 3:08-cv-00242-JJB-DLD    Document 50    08/28/2009    Page 5 of 5