# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SCOTT LITTLEPAGE | * | CIVIL ACTION NO.: 08-00242 |
| VERSUS | * | JUDGE: BRADY |
| ABC MARINE, LLC; AND FORT CALUMET COMPANY | * | MAGISTRATE: DALBY |

## ORDER

Considering the foregoing unopposed Motion for Extension of Time by Flatiron Construction Corp., Audubon Bridge Constructors, a Joint Venture, and American Zurich Insurance Company:

**IT IS ORDERED** that Flatiron Construction Corp., Audubon Bridge Constructors, a Joint Venture, and American Zurich Insurance Company be and they are hereby granted an extension of time through September 16, 2009 within which to file responsive pleadings herein.

Signed in Baton Rouge, Louisiana, on September 2, 2009.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**