UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

SCOTT LITTLEPAGE

VERSUS

ABC MARINE, LLC AND ARCHER WESTERN CONTRACTORS, INC.

CIVIL ACTION NUMBER: 3:08-CV-00242

JUDGE JAMES J. BRADY

MAGISTRATE JUDGE DOCIA L. DALBY

*****************************************************************************************

### ORDER

Considering the foregoing Unopposed Motion to Extend and Amend Deadlines filed by Plaintiff;

**IT IS ORDERED** that the Scheduling Order of April 2, 2009 is hereby amended as follows:

1. December 7, 2009: Plaintiff's Preliminary Expert Reports provided to Defendants;

2. December 15, 2009: Deadline for Amending Pleadings and making Crossclaims, Counter-Claims, and Third Party Claims;

3. January 15, 2010: Defendants' Preliminary Expert Reports provided to Plaintiff;

4. March 1, 2010: Plaintiff's Final Expert Reports provided to Defendants;

5. April 1, 2010: Defendants' Final Expert Reports provided to Plaintiff; and

6. June 15, 2010: Deadline for filing Dispositive Motions.

Signed in Baton Rouge, Louisiana, on October 16, 2009.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**