UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SCOTT LITTLEPAGE

VERSUS

ABC MARINE, LLC, ET AL.

CIVIL ACTION

NO. 08-242-JJB

## BRIEFING NOTICE

Plaintiff filed a motion for summary judgment (doc. 55) on October 27, 2009. Any **opposition** to the motion shall be filed **on or before November 16, 2009.** Any **reply brief** shall be filed within 15 days of the filing of the opposition.

**No extensions of time and no additional briefing will be allowed absent a showing of good cause.**

Baton Rouge, Louisiana, October 29, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA